# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−8 | User: admin | Date Created: 02/06/2020 |
| Case: 20−80380−CRJ7 | Form ID: 309A | Total: 60 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
10360040    NOTICE TO ALL CREDITORS

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db         David Wayne Hamm      418 Gann Blvd Apt 104 H      Tuscumbia, AL 35674
tr         Tazewell Shepard      Tazewell Shepard, Trustee    PO Box 19045      Huntsville, AL 35804
aty        Tanya H McCalpin      Bond, Botes, Sykstus, Tanner & McNutt, P.C.    102 S Court St      Suite
           314       Florence, AL 35630
smg        Richard Blythe        BA Decatur     P O Box 3045     Decatur, AL 35602
10360015   1ST FRANKLIN FINANCIAL       320 W AVALON AVE        MUSCLE SHOALS, AL 35661
10360016   AMAZON SYNCB         PO BOX 981400       EL PASO, TX 79998
10360018   AMSOUTH BANK         2050 PARKWAY OFFICE CIRCLE       HOOVER, AL 35244
10360017   AMSOUTH BANK         P O BOX 1984        BIRMINGHAM, AL 35201
10360052   ARS NATIONAL SERVICES        PO BOX 469046        ESCONDIDO, CA 92046
10360020   BANK OF AMERICA       P O BOX 53138       PHOENIX, AZ 85072
10360019   BANK OF AMERICA       PO BOX 15646        WILMINGTON, DE 19850−5646
10360021   BARCLAYS BANK OF DELAWARE       PO BOX 13337        PHILADELPHIA, PA 19101−3337
10360022   BEER SIMON & ASSOCIATES       PO BOX 757       FLORENCE, AL 35631
10360053   BEN L ZARZAUR        P O BOX 11366       BIRMINGHAM, AL 35202
10360054   BEN ZARZAUR          P O BOX 11366       BIRMINGHAM, AL 35202
10360023   BOBBY MCKISSACK      1514 COURTVIEW TOWERS       FLORENCE, AL 35630
10360024   CAPITAL ONE BANK      PO BOX 85015        RICHMOND, VA 23285−5015
10360025   CARDIOVASCULAR INST OF THE SHOALS       2095 FLORENCE BLVD       FLORENCE, AL
           35630
10360012   CHEXSYSTEMS          ATTN: CONSUMER RELATIONS       7805 HUDSON ROAD, SUITE
           100      WOODBURY, MN 55125
10360026   CHRISTOPHER MORGAN        418 GANN BLVD APT 104 H      TUSCUMBIA, AL 35674
10360027   DISCOVER       PO BOX 15251       WILMINGTON, DE 19886−5251
10360028   DISCOVER CARD        PO BOX 30943        SALT LAKE CITY, UT 84130
10360029   DISCOVER FINANCE SERVICES        P O BOX 8003       HILLIARD, OH 43026
10360030   ECM     PO BOX 10005       FLORENCE, AL 35630
10360010   EQUIFAX INFORMATION SERVICES, LLC       PO BOX 740256       ATLANTA, GA 30374
10360009   EXPERIAN      PO BOX 2002       ALLEN, TX 75013
10360013   FARMERS HOME FURNITURE       PO BOX 1140        DUBLIN, GA 31040
10360031   FINGERHUT WEBBANK        6250 RIDGEWOOD ROAD       SAINT CLOUD, MN 56303
10360014   FMC−OMAHA SERVICE CTR        P O BOX 542000       OMAHA, NE 68154
10360055   FRANKLIN COLLECTION        PO BOX 3910        TUPELO, MS 38803
10360032   GREEN TREE AL LLC      345 ST PETER ST      LANDMARK TOWERS SUITE 800      SAINT PAUL,
           MN 55102
10360033   GREEN TREE AL LLC      P O BOX 6154       RAPID CITY, SD 57709
10360034   GREENTREE FINANCIAL       800 LANDMARK TOWERS       345 ST PETER STREET       SAINT PAUL,
           MN 55102
10360035   HELEN KELLER HOSPITAL        PO BOX 610        SHEFFIELD, AL 35660
10360056   JACOB LAW GROUP PLLC       2623 WEST OXFORD LOOP       P O BOX 948       OXFORD, MS
           38655
10360057   JASON BRADY PATRICK        PO BOX 312277        ENTERPRISE, AL 36331
10360058   JEFFERSON CAPITAL      PO BOX 772813       CHICAGO, IL 60677
10360059   LVNV FUNDING         625 PILOT ROAD SUITE 2/3       LAS VEGAS, NV 89119
10360036   LVNV FUNDING LLC      ASSIGNEE OF CITIFINANCIAL      RESURGENT CAPITAL SERVICES PO
           BOX 10587       GREENVILLE, SC 29603
10360060   MEDICAL REVENUE SERVICE       645 WALNUT STREET SUITE 5       GADSDEN, AL 35902
10360037   MERCURY CARD FB&T      700 22ND AVE SOUTH       BROOKINGS, SD 57006
10360061   MIDLAND FUNDING LLC        2365 NORTHSIDE DE STE 300       SAN DIEGO, CA 92108
10360038   NORTH ALABAMA MEDICAL CENTER        1701 VETERANS DRIVE       FLORENCE, AL 35630
10360039   NORTH ALABAMA PHYSICIAN SERVICE        PO BOX 939        SHEFFIELD, AL 35660
10360062   PORTFOLIO RECOVERY       120 CORPORATE BLVD STE 100       NORFOLK, VA 23502−4962
10360063   RADIUS GLOBAL SOLUTIONS       P O BOX 390846       MINNEAPOLIS, MN 55439
10360041   REGIONAL FINANCE      163 COX CREEK PKWY       FLORENCE, AL 35630
10360042   REGIONS BANK        PO BOX 10063        BIRMINGHAM, AL 35202−0063
10360043   SEARS     PO BOX 182156       COLUMBUS, OH 43218
10360044   SECURITY FINANCIAL     PO BOX 3146        SPARTANBURG, SC 29304
10360064   SMITH ROUCHON & ASSOCIATES        1110 BRADSHAW DRIVE       FLORENCE, AL 35630
10360045   SYNCB CARE CREDIT     P O BOX 965036       ORLANDO, FL 32896
10360046   SYNCB PAYPAL        P O BOX 965005       ORLANDO, FL 32896
10360047   SYNCB WALMART        4125 WINDWARD PLAZA        ALPHARETTA, GA 30005
10360048   SYNCHRONY BANK        PO BOX 965022       ORLANDO, FL 32896
10360049   TENNESSEE VALLEY GASTROENTEROLOGY        416 N SEMINARY STREET SUITE
           3100       FLORENCE, AL 35630
```

```
10360050   TOWER LOAN        406 LIBERTY PARK CT     FLOWOOD, MS 39232
10360011   TRANSUNION        PO BOX 2000      CHESTER, PA 19022
10360051   WORLD FINANCE     108 FREDERICK ST N      GREENVILLE, SC 29606
```

TOTAL: 59