IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: David Wayne Hamm ) | | Case No.: 20-80380-CRJ-7 |
| SSN: xxx-xx-3811 ) | | |
| ) | | |
| ) | | |
| Debtor(s). ) | | Chapter 7 |

## NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS and <u>NOTICE OF TELEPHONIC 341 MEETING</u>

Please take notice that the scheduled Meeting of Creditors, which was previously scheduled for March 27, 2020, has been rescheduled to the following:

**DATE:** **April 24, 2020**
**TIME:** **10:30 a.m.**
**PLACE:** **U.S. Post Office and Courthouse**
**210 North Seminary Street, 3rd Floor**
**Florence, AL  35630**

**DUE TO THE URGENCIES OF THE PUBLIC HEALTH CRISIS RELATED TO COVID-19, THIS MEETING WILL BE HELD BY TELEPHONIC MEANS.**

The Debtor(s) is required to **APPEAR BY PHONE** at the meeting of creditors on the date and time set forth above for the purpose of being examined under oath. Attendance **BY PHONE** by creditors at the meeting is welcomed, but not required. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

Prior to the time set out above, dial the telephone number and use the code set out below to enter the meeting. Parties should dial in at least five minutes prior to the start of the meeting. There is no security code and please do not select any other feature. If the automated attendant asks for a security code, one is not required. Once connected, please mute your phone until the case is called and disconnect when notified your meeting is completed. You are encouraged to call from a landline if possible, to call from a quiet location, and to not use a "speaker" function or place the call on hold (as this may cause music or other noises to play during the meetings of other participants on the call).

Debtor(s) is encouraged to contact your attorney prior to the meeting for more information.

<u>**DO NOT COME TO THE COURTHOUSE.**</u> **THIS MEETING WILL TAKE PLACE BY TELEPHONE ONLY.**

**Dial-in information:**

**Dial In:** **1-877-336-1831**

**Access Code:** **3912176**

        */s/ Tazewell T. Shepard*
        Tazewell T. Shepard
        Trustee

        **SPARKMAN, SHEPARD & MORRIS, P.C.**
        P. O. Box 19045
        Huntsville, AL 35804
        Tel: (256) 512-9924

### CERTIFICATE OF SERVICE

     This is to certify that I have this 31st day of March, 2020 served the foregoing upon Tanya H. McCalpin, Attorney for Debtor, Bond Botes Sykstus Tanner & McNutt PC, 102 S. Court Street, Ste. 314, Florence, AL 35630, David Wayne Hamm, Debtor, 418 Gann Boulevard, Apt. 104-H, Tuscumbia, AL 35674, all listed creditors found on the Clerk's Certified Matrix, and upon Richard Blythe, Office of the Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by electronic service through the Court's CM/ECF system and/or by depositing said copies in the U.S. Mail in properly addressed envelopes with adequate postage thereon.

        */s/Tazewell T. Shepard*
        Tazewell Shepard