# Notice Recipients

District/Off: 1126−8 | User: admin | Date Created: 5/27/2020
Case: 20−80380−CRJ7 | Form ID: 318 | Total: 67

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
10360040    NOTICE TO ALL CREDITORS

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
tr    Tazewell Shepard    tshepard@ecf.axosfs.com
aty   Leonard N Math      noticesnd@chambless−math.com
aty   Tanya H McCalpin    tmccalpin@bondnbotes.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    David Wayne Hamm    418 Gann Blvd Apt 104 H    Tuscumbia, AL 35674
cr    FORD MOTOR CREDIT COMPANY, LLC.    C/O CHAMBLESS MATH & CARR, PC    PO BOX 230759    MONTGOMERY, AL 36123−0759
cr    1st Franklin Financial    PO Box 880    Toccoa, GA 30577
cr    WORLD ACCEPTANCE CORPORATION    ATTN: BANKRUPTCY PROCESSING CENTER    PO BOX 6429    Greenville, SC 29606
cr    Farmers Home Furniture    Attn Corporate Credit    P O Box 1140    Dublin, GA 31040
smg   Richard Blythe    BA Decatur    P O Box 3045    Decatur, AL 35602
10360015    1ST FRANKLIN FINANCIAL    320 W AVALON AVE    MUSCLE SHOALS, AL 35661
10360016    AMAZON SYNCB    PO BOX 981400    EL PASO, TX 79998
10360018    AMSOUTH BANK    2050 PARKWAY OFFICE CIRCLE    HOOVER, AL 35244
10360017    AMSOUTH BANK    P O BOX 1984    BIRMINGHAM, AL 35201
10360052    ARS NATIONAL SERVICES    PO BOX 469046    ESCONDIDO, CA 92046
10360020    BANK OF AMERICA    P O BOX 53138    PHOENIX, AZ 85072
10360019    BANK OF AMERICA    PO BOX 15646    WILMINGTON, DE 19850−5646
10360021    BARCLAYS BANK OF DELAWARE    PO BOX 13337    PHILADELPHIA, PA 19101−3337
10360022    BEER SIMON & ASSOCIATES    PO BOX 757    FLORENCE, AL 35631
10360053    BEN L ZARZAUR    P O BOX 11366    BIRMINGHAM, AL 35202
10360054    BEN ZARZAUR    P O BOX 11366    BIRMINGHAM, AL 35202
10360023    BOBBY MCKISSACK    1514 COURTVIEW TOWERS    FLORENCE, AL 35630
10360024    CAPITAL ONE BANK    PO BOX 85015    RICHMOND, VA 23285−5015
10360025    CARDIOVASCULAR INST OF THE SHOALS    2095 FLORENCE BLVD    FLORENCE, AL 35630
10360012    CHEXSYSTEMS    ATTN: CONSUMER RELATIONS    7805 HUDSON ROAD, SUITE 100    WOODBURY, MN 55125
10360026    CHRISTOPHER MORGAN    418 GANN BLVD APT 104 H    TUSCUMBIA, AL 35674
10360027    DISCOVER    PO BOX 15251    WILMINGTON, DE 19886−5251
10360028    DISCOVER CARD    PO BOX 30943    SALT LAKE CITY, UT 84130
10360029    DISCOVER FINANCE SERVICES    P O BOX 8003    HILLIARD, OH 43026
10360030    ECM    PO BOX 10005    FLORENCE, AL 35630
10360010    EQUIFAX INFORMATION SERVICES, LLC    PO BOX 740256    ATLANTA, GA 30374
10360009    EXPERIAN    PO BOX 2002    ALLEN, TX 75013
10360013    FARMERS HOME FURNITURE    PO BOX 1140    DUBLIN, GA 31040
10360031    FINGERHUT WEBBANK    6250 RIDGEWOOD ROAD    SAINT CLOUD, MN 56303
10360014    FMC−OMAHA SERVICE CTR    P O BOX 542000    OMAHA, NE 68154
10360055    FRANKLIN COLLECTION    PO BOX 3910    TUPELO, MS 38803
10360032    GREEN TREE AL LLC    345 ST PETER ST    LANDMARK TOWERS SUITE 800    SAINT PAUL, MN 55102
10360033    GREEN TREE AL LLC    P O BOX 6154    RAPID CITY, SD 57709
10360034    GREENTREE FINANCIAL    800 LANDMARK TOWERS    345 ST PETER STREET    SAINT PAUL, MN 55102
10360035    HELEN KELLER HOSPITAL    PO BOX 610    SHEFFIELD, AL 35660
10360056    JACOB LAW GROUP PLLC    2623 WEST OXFORD LOOP    P O BOX 948    OXFORD, MS 38655
10360057    JASON BRADY PATRICK    PO BOX 312277    ENTERPRISE, AL 36331
10360058    JEFFERSON CAPITAL    PO BOX 772813    CHICAGO, IL 60677
10360059    LVNV FUNDING    625 PILOT ROAD SUITE 2/3    LAS VEGAS, NV 89119
10360036    LVNV FUNDING LLC    ASSIGNEE OF CITIFINANCIAL    RESURGENT CAPITAL SERVICES PO BOX 10587    GREENVILLE, SC 29603
10360060    MEDICAL REVENUE SERVICE    645 WALNUT STREET SUITE 5    GADSDEN, AL 35902
10360037    MERCURY CARD FB&T    700 22ND AVE SOUTH    BROOKINGS, SD 57006
10360061    MIDLAND FUNDING LLC    2365 NORTHSIDE DE STE 300    SAN DIEGO, CA 92108
10360038    NORTH ALABAMA MEDICAL CENTER    1701 VETERANS DRIVE    FLORENCE, AL 35630
10360039    NORTH ALABAMA PHYSICIAN SERVICE    PO BOX 939    SHEFFIELD, AL 35660
10360062    PORTFOLIO RECOVERY    120 CORPORATE BLVD STE 100    NORFOLK, VA 23502−4962
10360063    RADIUS GLOBAL SOLUTIONS    P O BOX 390846    MINNEAPOLIS, MN 55439
10360041    REGIONAL FINANCE    163 COX CREEK PKWY    FLORENCE, AL 35630

| | | | |
|---|---|---|---|
| 10360042 | REGIONS BANK | PO BOX 10063 | BIRMINGHAM, AL 35202–0063 |
| 10360043 | SEARS | PO BOX 182156 | COLUMBUS, OH 43218 |
| 10360044 | SECURITY FINANCIAL | PO BOX 3146 | SPARTANBURG, SC 29304 |
| 10360064 | SMITH ROUCHON & ASSOCIATES | 1110 BRADSHAW DRIVE | FLORENCE, AL 35630 |
| 10360045 | SYNCB CARE CREDIT | P O BOX 965036 | ORLANDO, FL 32896 |
| 10360046 | SYNCB PAYPAL | P O BOX 965005 | ORLANDO, FL 32896 |
| 10360047 | SYNCB WALMART | 4125 WINDWARD PLAZA | ALPHARETTA, GA 30005 |
| 10360048 | SYNCHRONY BANK | PO BOX 965022 | ORLANDO, FL 32896 |
| 10360049 | TENNESSEE VALLEY GASTROENTEROLOGY | 416 N SEMINARY STREET SUITE 3100 | FLORENCE, AL 35630 |
| 10360050 | TOWER LOAN | 406 LIBERTY PARK CT | FLOWOOD, MS 39232 |
| 10360011 | TRANSUNION | PO BOX 2000 | CHESTER, PA 19022 |
| 10360051 | WORLD FINANCE | 108 FREDERICK ST N | GREENVILLE, SC 29606 |
| 10431139 | Woodlands Holdings, LLC | 4990 Hwy 157 | Florence, AL 35633 |
| 10407309 | World Finance Corp. c/o World Acceptance Corp. | Attn: Bankruptcy Processing Center | PO Box 6429 Greenville, SC 29606 |

TOTAL: 63