UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:

DAVID WAYNE HAMM           Case No. 20-80380-CRJ-7
SSN: XXX-XX-3811
                           Chapter 7

           Debtor(s)

**ORDER DIRECTING COUNSEL TO SHOW CAUSE
WHY COUNSEL HAS FAILED TO COOPERATE WITH THE CHAPTER 7 TRUSTEE**

This case is before the Court on the Trustee's Motion for Show Cause Order, requesting an order directing litigation counsel, Jack Rutherford, Esq., to show cause why counsel has failed to cooperate with the Trustee by providing the Trustee with necessary information and documentation to administer an asset of this Bankruptcy Estate. The Trustee states that the Debtor has an interest in a personal injury matter described as the Gilead Tenofovir class action which is property of this Bankruptcy Estate and alleges that, despite repeated attempts, the Trustee has been unable to obtain necessary information and documentation from litigation counsel to administer the asset.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1. The Trustee's Motion for Show Cause Order is hereby **APPROVED**.

2. Jack Rutherford, Esq. is hereby directed to appear telephonically on **June 2, 2021** at **1:30 p.m., CDT**, before the Honorable Clifton R. Jessup, Jr. and show cause why counsel has failed to cooperate with the Chapter 7 Trustee regarding the administration of an asset of this Bankruptcy Estate.

3. The Trustee is hereby directed to immediately serve a copy of this Order upon Jack Rutherford, Esq.

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION ([www.alnb.uscourts.gov](www.alnb.uscourts.gov)).**

Dated this the 13th day of May, 2021.

                                                /s/ Clifton R. Jessup, Jr.
                                                Clifton R. Jessup, Jr.
                                                United States Bankruptcy Judge