UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:  }
                   }
                   }
DAVID WAYNE HAMM   }  Case No. 20-80380-CRJ-7
SSN: XXX-XX-3811   }
                   }  Chapter 7
                   }
      Debtor(s)    }
                   }
                   }

**ORDER SCHEDULING HEARING ON SANCTIONS**

On June 3, 2021, the Court entered an Order: (1) Holding Jack Rutherford, Esq., in Contempt of Court; and (2) Scheduling Hearing on Sanctions ("Order"), ECF No. 37. The Order scheduled the Hearing on Sanctions to be held on June 16, 2021, but the matter was not called for hearing on the scheduled date because it inadvertently failed to be added to the Court's Calendar.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1. The Hearing on Sanctions will be held on **July 19, 2021** at **10:00 a.m., CDT**, before the Honorable Clifton R. Jessup, Jr., and Jack Rutherford, Esq. is hereby **DIRECTED** to appear telephonically and show cause why counsel has failed to cooperate with the Chapter 7 Trustee regarding the administration of an asset of this Bankruptcy Estate.

2. The Trustee is hereby directed to immediately serve a copy of this Order upon Jack Rutherford, Esq.

The hearing will be held via an AT&T call-in number. The dial-in number is **1-877-336-1280**. When prompted, enter the access code **#2749965**. There is no security code, and please do not select any other feature. Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in **five minutes** prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

**THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION (www.alnb.uscourts.gov).**

Dated this the 21st day of June, 2021.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge