# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126−8 | User: admin | | Date Created: 6/21/2021 |
| Case: 20−80380−CRJ7 | Form ID: pdf000 | | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | Tazewell Shepard  | tshepard@ecf.axosfs.com |
| aty | Leonard N Math    | noticesnd@chambless−math.com |
| aty | Tanya H McCalpin  | tmccalpin@bondnbotes.com |
| aty | Tazewell Shepard  | tshepard@ecf.axosfs.com |

          TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db  | David Wayne Hamm | 418 Gann Blvd Apt 104 H | Tuscumbia, AL 35674 | | |
| cr  | FORD MOTOR CREDIT COMPANY, LLC. | C/O CHAMBLESS MATH & CARR, PC | PO BOX 230759 | MONTGOMERY, AL 36123−0759 | |
| cr  | 1st Franklin Financial | PO Box 880 | Toccoa, GA 30577 | | |
| cr  | WORLD ACCEPTANCE CORPORATION | ATTN: BANKRUPTCY PROCESSING CENTER | PO BOX 6429 | Greenville, SC 29606 | |
| cr  | Farmers Home Furniture | Attn Corporate Credit | P O Box 1140 | Dublin, GA 31040 | |
| smg | Richard Blythe | BA Decatur | P O Box 3045 | Decatur, AL 35602 | |
| 10687248 | Jack Rutherford, Esq. | Corey Spears | Rutherford Law | 2811 1/2 2nd Avenue | Los Angeles, CA 90018 |

          TOTAL: 7