# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| David Wayne Hamm | } | **Case No: 20-80380-CRJ7** |
| SSN: XXX-XX-3811 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## COURTROOM NOTES CONTINUING

| | |
|---|---|
| **Matter(s):** | RE: Doc #39; Hearing on Sanctions against Jack Rutherford, Esq. |
| **Date and Time:** | Monday, July 19, 2021 10:00 AM |
| **Appearances:** | n/a |
| **Courtroom Deputy:** | Stephanie Morgan |
| **Presiding Judge:** | CLIFTON R. JESSUP JR. |
| **Court Notes:** | Order Continuing Hearing on Sanctions against Jack Rutherford, Esq. Signed on 7/16/2021. Hearing Scheduled 8/4/2021 at 1:30 P.M. at 3rd Floor Courtroom (CRJ)Decatur. |

Date Prepared: 07/16/2021