Name and Address of Plaintiff(s):
David Wayne Hamm
418 Gann Blvd., Apt 104H
Tuscumbla, Alabama, 35674

Names and Addresses of each Defendant, Counsel for Defendant (if applicable), and Registered Agent (if Defendant is a corporation): **Please note that the Court requires all of this information.**

Gilead Sciences, Inc.
333 Lakeside Drive
Foster City, CA 94404

Counsel for Gilead:
Joshua Anderson
Sidley Austin
555 W 5th Street,
Los Angeles, CA 90013
(213) 896-6000
janderson@sidley.com

Gilead's Agent for Service of Process:
CT Corporation System (C0168406)

Date and Description of Alleged Wrongs:
Master complaint with all allegations attached. Mr. Hamm was injured by Gilead's manufacture and sale of TDF, a prodrug of tenofovir, Gilead's blockbuster antiretroviral medication used to treat and prevent the human immunodeficiency virus. Gilead created but withheld a safer, more effective prodrug of tenofovir, TAF, in order to double profits and patent protection/market share. Because Gilead's TAF would have prevented Mr. Hamm's injuries to his kidneys but Gilead chose to market and sell TDF, Gilead is liable to Mr. Hamm and others for their injuries.

Legal Theories Asserted:
Negligence (Products Liability – Design Defect)
Strict Products Liability (Design Defect)
Breach of Express Warranty
Fraud And Concealment

Estimated Damages:
$50,000-$150,000

By providing this information to the Trustee, Special Counsel consents to the Trustee including Special Counsel's electronic signature on the Application to Employ and on any related subsequent pleadings with the Bankruptcy Court (Motion to Approve Compromise and Settlement, Motion to Approve Professional Fees and Expenses, etc).

THIS STATEMENT IS A DISCLOSURE TO THE FEDERAL COURT BASED ON INFORMATION AVAILABLE TO THE TRUSTEE IN BANKRUPTCY AT THIS TIME. IT DOES NOT CONSTITUTE A WAIVER, ADMISSION OR RELEASE OF ANY CLAIM BY THE CHAPTER 7 ESTATE. THE TRUSTEE DOES NOT WAIVE ANY RIGHT TO ASSERT OTHER LEGAL THEORIES OR TO JOIN OTHER PARTIES BASED ON FURTHER INVESTIGATION OR DISCOVERY DURING LITIGATION.