# WHO IS JACK? 

Jack Rutherford founded Rutherford with the idea that a law firm could help people with a broad range of issues through leveraging successes holding corporations accountable in support of the firm's criminal justice and civil rights work. Always favoring the underdog and never one to back down from a bully, Jack has been leading the charge against Gilead Sciences, Inc. for withholding a safer version of their cornerstone HIV prevention and treatment medication Truvada in order to extend patent exclusivity periods and nearly triple their already blockbuster profits.

Since filing the first personal injury and consumer class cases against Gilead in May 2018, Jack has been appointed to the Executive Committee of the Plaintiff's Steering Committee in Gilead Tenofovir Cases and Coordinated Actions, California Judicial Council Coordination Proceeding No. 5043, in San Francisco Superior Court, where the first bellwether trial is slated to start January 2022.

Mr. Rutherford co-chairs the PSC's Science and Expert committee and speaks regularly on the litigation at CLEs and mass tort meetings around the country.

Previously a member of the defense bar, Mr. Rutherford learned to try cases from some of the best trials lawyers on that side of the v. A member of the trial teams that secured defense verdicts in Herlihy-Paoli v. Pinnacle, U.S. District Court for the Northern District of Texas, No. 12-4975, and two asbestos jury trials In San Francisco, Mr. Rutherford now uses his skills to hold district attorneys and correctional officers accountable while also guiding the litigation against Gilead. Mr. Rutherford has tried three criminal cases to acquittal in the past two years.

Mr. Rutherford's favorite cases are often on behalf of over- and wrongfully- incarcerated men in custody of the Louisiana Department of Corrections. Jack has been honored to serve as counsel for almost a dozen men in parole, post-conviction, and re-sentencing proceedings. Many of Jack's clients were non-violent offenders who had been serving life sentences without the possibility of parole.

A 2008 graduate of Columbia Law School, Mr. Rutherford was a member of the Environmental Law Clinic, Human Rights Law Review, Outlaws, for which he served as President, and interned for the New York State Attorney General's Office in the Labor Bureau. A Harlan Fisk Stone Scholar and recipient of the Sovern Scholarship, after law school, Mr. Rutherford had the privilege of clerking for Justice Barbara J. Madsen, former Chief Justice of the Washington State Supreme Court.

Case 20-80380-CRJ7    Doc 48-2    Filed 10/18/21    Entered 10/18/21 15:16:23    Desc
Exhibit B - Professional Biography    Page 1 of 1