# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | | |
|---|---|---|---|
| **In re:  DAVID WAYNE HAMM** | ) | **Case No.: 20-80380-CRJ7** | |
| SSN: xxx-xx-3811 | ) | | |
| | ) | | |
| **Debtor.** | ) | **Chapter 7** | |

## MOTION FOR SHOW CAUSE ORDER

COMES NOW Robert A. Morgan, Chapter 7 Trustee, and moves this Court for an Order requiring Jack Rutherford, Esquire to show cause why he has failed to cooperate with the Trustee and provide him with an update as to the litigation for which he represents the bankrupt estate to enable the Trustee to file his six-month Status Report. As grounds therefore, the Trustee states as follows:

1. On February 6, 2020, David Wayne Hamm filed a voluntary petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. in the United States Bankruptcy Court for the Northern District of Alabama, Northern Division. Tazwell T. Shepard was appointed Chapter 7 Trustee on February 6, 2020 (Doc 5).

2. Mr. Shepard was made aware of certain MDL litigation in which the Debtor was involved and began reaching out to his personal injury attorney to obtain the necessary documentation to file the appropriate application to employ. After repeated attempts Mr. Shepard was forced to file a Motion for Show Cause Order with the Court on May 12, 2021 (Doc 33).

3. Mr. Shepard was finally contacted and received the information requested above and filed the application to employ Jack Rutherford as Special Counsel to Trustee on October 18, 2021 (Doc 48).

4. Due to the untimely passing of Mr. Shepard the Court appointed Robert A. Morgan to serve as Successor Trustee on September 26, 2022 (Doc 61).

5. Mr. Morgan has found it difficult to get timely updates as to the status of the litigation from Mr. Rutherford but has still filed Status Reports, albeit untimely.

6. A Status Report was due on January 16, 2025. Mr. Morgan sent an email request to Mr. Rutherford on January 9, 2025 requesting this information. A follow up email was sent on January 20, 2025 and again on February 5, 2025. Trustee left a voice mail requesting contact from Mr. Rutherford on February 20, 2025. A final email was again sent on February 25, 2025 which stated the following:

> Mr. Rutherford:
>
> As you can see below, I have made numerous attempts requesting the current status of the above litigation so I can file my required Report to Court due every six months. I'm going to give you the benefit of the doubt that you have been so busy you've not had time to respond to my numerous requests. Nevertheless, I am giving you 7 days to respond with the requested update or I will be forced to file a Motion for Show

Cause Order similar to the one the previous Trustee had to file to get your attention on 5-12-21 (Doc 31, attached). You can then make your appearance in the Huntsville, Alabama bankruptcy court and offer your explanation to the judge as to why you find it difficult to cooperative with the Chapter 7 Bankruptcy Trustee. (email stream is attached to this motion.

7. Trustee has yet to receive any response from Mr. Rutherford.

WHEREFORE, your Trustee requests the Court enter an Order requiring Jack Rutherford to appear and show cause why had has failed to cooperated with your Trustee, and for such further relief as the Court deems just and appropriate.

Respectfully submitted this the 11th day of March, 2025.

/s/Robert A. Morgan
Robert A. Morgan, Trustee
2301 North Ridge Road
Tuscaloosa, Alabama 35406
Telephone: (205) 561-9310
ramorgan@bellsouth.net

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing pleading upon the below listed parties by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the U.S. Mail, postage prepaid, and/or via email, this the 11th day of March, 2025.

Tanya H. McCalpine, Esq.
*Attorney for Debtor*
Bond, Boesm, Sykstus, Tanner & McNutt, P.C.
102 S Court St., Ste 314
Florence, Alabama 35630
tmccalpin@bondnbotes.com

David Wayne Hamm
*Debtor*
418 Gann Blvd, Apt 104-H
Tuscumbia, Alabama 35674
davidhamm150@comcast.net

Jack Rutherford, Esq.
Rutherford Law
2811 ½ 2d Ave.
Los Angeles, California 90018
jgr@rfordlaw.com

Richard M. Blythe, Esq.
*Bankruptcy Administrator*
P O Box 3045
Decatur, Alabama 35602
Richard_Blythe@alnba.uscourts.gov

*/s/ Robert A. Morgan*
Robert A. Morgan

# Robert Morgan

| | |
|---|---|
| **From:** | Robert Morgan <ramorgan@bellsouth.net> |
| **Sent:** | Tuesday, February 25, 2025 10:50 AM |
| **To:** | 'jgr@rfordlaw.com' |
| **Cc:** | 'Richard Blythe' |
| **Subject:** | FW: FW: Gilead Lawsuit David Wayne Hamm 20-80380-CRJ7 |
| **Attachments:** | Doc 31 Taz's Motion for Show Cause Order 5-12-21.pdf |

Mr. Rutherford:

As you can see below, I have made numerous attempts requesting the current status of the above litigation so I can file my required Report to Court due every six months. I'm going to give you the benefit of the doubt that you have been so busy you've not had time to respond to my numerous requests. Nevertheless, I am giving you 7 days to respond with the requested update or I will be forced to file a Motion for Show Cause Order similar to the one the previous Trustee had to file to get your attention on 5-12-21 (Doc 31, attached). You can then make your appearance in the Huntsville, Alabama bankruptcy court and offer your explanation to the judge as to why you find it difficult to cooperative with the Chapter 7 Bankruptcy Trustee.

**Robert A. Morgan, Attorney at Law**
2301 Northridge Road
Tuscaloosa, Alabama 35406
Office: 205.561-9310
ramorgan@bellsouth.net

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT
The information contained in this message and any attachment is attorney-client privileged and/or confidential information and is protected from disclosure. The information is intended for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution or copying of this message and any attachment is strictly prohibited. Please reply to the sender that you received this transmission in error and then delete it.

From: Robert Morgan <ramorgan@bellsouth.net>
Sent: Wednesday, February 5, 2025 11:43 AM
To: 'jgr@rfordlaw.com' <jgr@rfordlaw.com>
Cc: 'Richard Blythe' <Richard_Blythe@alnba.uscourts.gov>
Subject: FW: FW: Gilead Lawsuit David Wayne Hamm 20-80380-CRJ7

Jack:

I need your update so I can file a Status Report. Thanks for your prompt attention to this matter.

**Robert A. Morgan, Attorney at Law**
2301 Northridge Road
Tuscaloosa, Alabama 35406
Office: 205.561-9310
ramorgan@bellsouth.net

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT
The information contained in this message and any attachment is attorney-client privileged and/or confidential information and is protected from disclosure. The information is intended for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution or copying of this message and any attachment is strictly prohibited. Please reply to the

sender that you received this transmission in error and then delete it.

From: Robert Morgan <ramorgan@bellsouth.net>
Sent: Monday, January 20, 2025 2:52 PM
To: 'jgr@rfordlaw.com' <jgr@rfordlaw.com>
Cc: 'Richard Blythe' <Richard_Blythe@alnba.uscourts.gov>
Subject: FW: FW: Gilead Lawsuit David Wayne Hamm 20-80380-CRJ7

Jack:

I'm following up on the below email. Please let me know the status at your earliest convenience so I can file my Status Report. Thanks for your help.

Robert A. Morgan, Attorney at Law
2301 Northridge Road
Tuscaloosa, Alabama 35406
Office: 205.561-9310
ramorgan@bellsouth.net

---

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT
The information contained in this message and any attachment is attorney-client privileged and/or confidential information and is protected from disclosure. The information is intended for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution or copying of this message and any attachment is strictly prohibited. Please reply to the sender that you received this transmission in error and then delete it.

---

From: Robert Morgan <ramorgan@bellsouth.net>
Sent: Thursday, January 9, 2025 11:06 AM
To: 'jgr@rfordlaw.com' <jgr@rfordlaw.com>
Cc: 'Richard Blythe' <Richard_Blythe@alnba.uscourts.gov>
Subject: FW: FW: Gilead Lawsuit David Wayne Hamm 20-80380-CRJ7

Jack:

I need to file my six month Report to Court regarding this pending litigation. Please let me know where we are. Thanks for your help.

Robert A. Morgan, Attorney at Law
2301 Northridge Road
Tuscaloosa, Alabama 35406
Office: 205.561-9310
ramorgan@bellsouth.net

---

CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT
The information contained in this message and any attachment is attorney-client privileged and/or confidential information and is protected from disclosure. The information is intended for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution or copying of this message and any attachment is strictly prohibited. Please reply to the sender that you received this transmission in error and then delete it.

---

From: ramorgan@bellsouth.net <ramorgan@bellsouth.net>
Sent: Tuesday, July 16, 2024 10:34 AM

**To:** 'Rutherford, Jack' <jgr@rfordlaw.com>
**Cc:** 'cspears@rfordlaw.com' <cspears@rfordlaw.com>; 'Richard Blythe' <Richard_Blythe@alnba.uscourts.gov>; 'davidhamm150@comcast.net' <davidhamm150@comcast.net>
**Subject:** RE: FW: Gilead Lawsuit David Wayne Hamm 20-80380-CRJ7

That's what I needed, Jack. If I don't hear from you in six months I'll reach out for another update. Let me know if you need anything from me.

**Robert A. Morgan, Attorney at Law**
1130 University Blvd., Suite B9, Box 632
Tuscaloosa, Alabama 35401
Office: 205.561-9310
ramorgan@bellsouth.net

---
CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGED; ATTORNEY WORK PRODUCT
The information contained in this message and any attachment is attorney-client privileged and/or confidential information and is protected from disclosure. The information is intended for the use of the individual(s) or entity named above. If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution or copying of this message and any attachment is strictly prohibited. Please reply to the sender that you received this transmission in error and then delete it.

---

**From:** Rutherford, Jack <jgr@rfordlaw.com>
**Sent:** Monday, July 15, 2024 5:31 PM
**To:** ramorgan@bellsouth.net
**Cc:** cspears@rfordlaw.com; Richard Blythe <Richard_Blythe@alnba.uscourts.gov>; davidhamm150@comcast.net
**Subject:** Re: FW: Gilead Lawsuit David Wayne Hamm 20-80380-CRJ7

Greetings Mr. Morgan,

I do not have a settlement offer for Mr. Hamm's case. Cases have been settled in a related federal suit in NDCal, but we do not yet have offers for the state cases in the California JCCP 5043.

We are in early, early settlement talks, but I don't expect an agreement to be reached for at least a month. Currently the state cases are on a writ to the California Supreme Court regarding the scope of Plaintiffs' negligence claims. S283862

Please let me know if you have any follow up questions.

Cheers,
Jack


--



**Jack Rutherford (he/him)**
Partner | Founder

Phone 323-539-7737 Email jgr@rfordlaw.com
Web rfordlaw.com Schedule a Meeting with Calendly

3

Case 20-80380-CRJ7    Doc 69    Filed 03/11/25    Entered 03/11/25 15:17:17    Desc Main
Document    Page 5 of 5