UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| David Wayne Hamm, | } | Case No. 20-80380-CRJ-7 |
| SSN: XXX-XX-3811 | } | |
| Debtor(s). | } | Chapter 7 |
| | } | |

## ORDER DIRECTING COUNSEL TO SHOW CAUSE WHY COUNSEL HAS FAILED TO COOPERATE WITH THE CHAPTER 7 TRUSTEE

This case is before the Court on the Trustee's Motion for Show Cause Order, requesting an order directing litigation counsel, Jack Rutherford, Esq., to show cause why counsel has failed to cooperate with the Trustee by providing the Trustee with necessary information and required documentation to administer an asset of this Bankruptcy Estate.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1. The Trustee's Motion for Show Cause Order is hereby **APPROVED**.

2. Jack Rutherford, Esq. is hereby **ORDERED** to appear on **April 14, 2025** at 10:00 a.m. before the Honorable Clifton R Jessup, Jr. at the **United States Courthouse, Courtroom 1, 660 Gallatin St. SW, Huntsville, AL 3580**1 and show cause why counsel has failed to cooperate with the Chapter 7 Trustee regarding the administration of an asset of this Bankruptcy Estate.

3. The Trustee is hereby directed to immediately serve a copy of this Order upon Jack Rutherford.

Dated this the 12th day of March 2025.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge