# Notice Recipients

District/Off: 1126−8        User: admin        Date Created: 3/12/2025

Case: 20−80380−CRJ7        Form ID: pdf000        Total: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Richard M Blythe | Richard_Blythe@alnba.uscourts.gov |
| tr | Robert A. Morgan | ramorgan@bellsouth.net |
| aty | Leonard N Math | noticesnd@chambless−math.com |
| aty | Tanya H McCalpin | tmccalpin@bondnbotes.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | David Wayne Hamm | 418 Gann Blvd Apt 104 H    Tuscumbia, AL 35674 |
| cr | FORD MOTOR CREDIT COMPANY, LLC. | C/O CHAMBLESS MATH & CARR, PC    PO BOX 230759    MONTGOMERY, AL 36123−0759 |
| cr | 1st Franklin Financial | PO Box 880    Toccoa, GA 30577 |
| cr | WORLD ACCEPTANCE CORPORATION | ATTN: BANKRUPTCY PROCESSING CENTER    PO BOX 6429    Greenville, SC 29606 |
| cr | Farmers Home Furniture | Attn Corporate Credit    P O Box 1140    Dublin, GA 31040 |
| sp | Jack Rutherford | Rutherford Law    2811 1/2 2nd Ave    Los Angeles, CA 90018 |
| smg | Richard Blythe | BA Huntsville    660 Gallatin Street SW    Huntsville, AL 35801 |

TOTAL: 7